This is a video of the United States Air Force Base in New York City, USA.